IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| INA R. BOCHIAN | ) | TRIAL BY JURY DEMAND |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| EUROPEAN MASSAGE THERAPY | ) | |
| SCHOOL, INC. and STEVEN A. MILLER, | ) | |
| | ) | |
| Defendants | ) | |

**COMPLAINT**

**JURISDICTION AND VENUE**

    1.    This is a claim for relief under Title IX of the Education Amendments Act of 1972, Title 20 U.S.C. §§1681, et seq. Federal question jurisdiction is posited upon Title 28 U.S.C. §1343(4). The district court has supplemental jurisdiction over the related state claim under the Gender Violence Act, 740 ILCS 82/1 (2013), pursuant to the Judicial Improvements Act of 1990, 28 U.S.C. 1367(a).

    2.    Defendant, EUROPEAN MASSAGE THERAPY SCHOOL, INC. is an "educational institution" receiving federal funding within the meaning of 20 U.S.C. 1681(c). The conduct complained of occurred within this judicial district, at or near Skokie, Illinois.

**STATEMENT OF CLAIM**

    3.    At all times relevant hereto, plaintiff was a woman of 28-29 years of age who had been enrolled as a student at EUROPEAN MASSAGE THERAPY SCHOOL, INC.

    4.    During the course of her studies, she was subjected to a hostile studying environment and sexually assaulted by one of her instructors, STEVEN A. MILLER, on two

separate occasions, on June 26, 2012, then again on August 3, 2012.

5. Plaintiff reported the first incident to OLEG VOLOGIN and ARKADY KHAZIN, president and director of the school, respectively, as well as to the Evanston, Skokie and Chicago Police Departments; but, with conscious, actual awareness and conscious and deliberate indifference to plaintiff's right to be free from sexual harassment in her educational the school permitted MILLER to remain employed and provide the opportunity for him to sexually assault the plaintiff a second time.

6. During her studies, plaintiff was subject to discriminatory ridicule, scorn, embarassment, humiliation and sexually offensive comments about her clothing and appearance, as well as inappropriate touching because of her gender.

7. Following her complaints of the hostile educational environment, sexual harassment and sexual assault, plaintiff was maliciously expelled from the school by ARKADY KHAZIN, Director, in retaliation for complaining about the hostile educational environment and sexual assaults, thereby forfeiting her tuition.

8. As a direct and proximate result of the employer's unlawful conduct, plaintiff has been embarrassed, humiliated, inconvenienced, lost enjoyment of life, suffered a tangible educational action and been economically harmed.

9. At all times relevant hereto, there was a statute in the State of Illinois known as the Gender Violence Act, 740 ILCS 82/1 (2012), protecting persons from "date rape" and sexual assaults.

10. On or about June 26, 2012 and again on August 3, 2012 defendant, MILLER, invited plaintiff to his residence for a lesson and asked to meet with her, at which time he sexually assaulted her.

11.     During the course of the evening, defendant MILLER perpetrated a sexual assault on plaintiff causing a physical intrusion and invasion of a sexual nature under coercive conditions satisfying the elements of battery under Illinois law, within the meaning of 740 ILCS 82/5 (2012).

12.      Chapter 740 ILCS 82/15 (2015) authorizes the court in an action against a perpetrator of gender violence to award actual damages, emotional damages or punitive damages, in addition to attorney's fees and costs of the action.

13.     Justice and the public good warrant that, in addition to actual damages, punitive damages be assessed, as a jury may award, plus damages for emotional suffering and attorney's fees.

## **PRAYER FOR RELIEF**

14.     Wherefore, plaintiff, INA R. BOCHIAN, asks the court to enter judgment, upon the verdict of a jury, in her favor, and against the defendants, EUROPEAN MASSAGE THERAPY SCHOOL, INC. and STEVEN A. MILLER, for all reasonable relief to which she may be entitled under 20 U.S.C. 1681, plus costs and attorneys' fees.

/S/ *Ernest T. Rossiello*

_____
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602-1005
 Email:  ETR@rossiellolaw.com
Telephone:  (312) 346-8920
Telefax:  (312) 291-8919

Attorney for Plaintiff

OF COUNSEL:

STEPHEN J. McMULLEN
Attorney at Law
212 W. Washington Street, Suite 909
Chicago Il 60606
312/357-0513